TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants Erin Capital Management, LLC
And Eltman, Eltman & Cooper, P.C.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ST. CLAIR,<br><br>Plaintiff,<br><br>vs.<br><br>ERIN CAPITAL MANAGEMENT, LLC, and ELTMAN, ELTMAN & COOPER, P.C.<br><br>Defendants. | Case No. 11CV1795 JM BLM<br><br>**JOINT MOTION TO DISMISS ACTION** |

IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as a result of the settlement of this case, the parties jointly move this court to dismiss this action and all claims asserted therein with prejudice.

1  Dated: December 5, 2011

2  **LESTER & ASSOCIATES**

By: /s/Patric A. Lester
PATRIC A. LESTER
Attorney for Plaintiff Heather St. Clair

Dated: December 5, 2011

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendants Erin Capital Management, LLC and Eltman, Eltman & Cooper, P.C.

*St. Clair v. Erin Capital Management et al.*
**USDC, Case No. 11CV1795 JM BLM**

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On December 5, 2011, I served a true copy of **JOINT MOTION TO DISMISS ACTION** on all interested parties in this action by:

[ ] By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[ ] By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[X] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

| | |
|---|---|
| Robert Stempler | Patric A. Lester |
| CONSUMER LAW OFFICE | LESTER & ASSOCIATES |
| OF ROBERT STEMPLER | 5694 Mission Center Road #358 |
| P.O. Box 1721 | San Diego, CA 92108 |
| Palm Springs, CA 92263 | |

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on December 5, 2011 at Santa Ana, California.

/s/Timothy Johnson
TIMOTHY P. JOHNSON

-3-

JOINT MOTION TO DISMISS ACTION                    Case No. 11CV1795 JM BLM