# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ST. CLAIR,<br><br>    Plaintiff,<br><br>    vs.<br><br>ERIN CAPITAL MANAGEMENT, LLC, and ELTMAN, ELTMAN & COOPER, P.C.<br><br>    Defendants. | Case No.: 11-CV-1795 JM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Docket No. 14 |

The parties filed the Joint Motion to Dismiss Action on December 5, 2011. Because it appears that no issues remain for the court's determination, the court hereby GRANTS the parties' joint motion. This action and all claims asserted therein are therefore DISMISSED with prejudice. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: December 7, 2011

The Honorable Jeffrey T. Miller
United States District Judge